IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ANNMARIE CRAWFORD,

    Plaintiff

    vs.

I.C. SYSTEM, INC.,

    Defendant.

_____/

## DEFENDANT'S NOTICE AND PETITION FOR REMOVAL

**TO:** The Honorable Judges of the United States District Court for the Southern District of Florida.

COMES NOW, Defendant and Petitioner for removal, I.C. SYSTEM, INC. ("Defendant"), and with reservation of all rights, hereby removes this action to the United States District Court for the Southern District of Florida from the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, the proceeding entitled and captioned: *Annmarie Crawford v. I.C. System, Inc.,* Case No. 2021-CC-018547 on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1441 and 1446(a). This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1367.

The Petition is based on the following grounds:

1. Plaintiff is Annmarie Crawford ("Crawford").

2. Defendant is I.C. SYSTEM, INC. ("ICS").

3. The civil action was originally brought against them in the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, the proceeding entitled and captioned: *Annmarie Crawford v. I.C. System, Inc.,* Case No. 2021-CC-018547. A copy of the Complaint served in that action, in addition to all process and pleadings served upon Defendant/Petitioner, is attached hereto.

4. The aforesaid action was commenced by service of process consisting of the Summons and Complaint, upon Defendant, on July 14, 2021.

5. The controversy herein between the Plaintiff and Defendant is a controversy based upon consumer protection right created by and enforced through federal statutes, 15 U.S.C. § 1692, *et seq.*, entitled the Fair Debt Collection Practices Act ("FDCPA").

6. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one that may be removed to this Court by the Defendant/Petitioner pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

7. This Petition for Removal is filed with this Court within thirty (30) days after service on Defendant of the Complaint in the above-styled action and is, therefore, timely pursuant to 28 U.S.C. § 1446 (b).

8. Removal is proper because the Plaintiff's Complaint involves a federal question. 15 U.S.C. §§ 1692 et seq. (Fair Debt Collections Practices Act "FDCPA"); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996).

9. All pleadings, process, orders, and other filings in the state court action available to Defendant are attached to this notice as required by 28 U.S.C. §1446(a).

10. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

11. Defendant will promptly file a copy of this Notice of Removal with the clerk of the state court where the action has been pending and serve a copy of this Notice on counsel for Plaintiff.

WHEREFORE Defendant, I.C. SYSTEM, INC., respectfully requests that the above entitled action be removed from the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida for all further proceedings.

Dated: July 27, 2021

/s/ Dale T. Golden
Dale T. Golden, Esq.
FBN: 0094080
/s/ Sangeeta Spengler
Sangeeta Spengler, Esq.
FBN: 0186864
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500

Direct:  (813) 251-3661  
Fax:  (813) 251-3675  
dgolden@gsgfirm.com  
spspengler@gsgfirm.com