UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:21-cv-22724-JLK

**ANNMARIE CRAWFORD,**

    Plaintiff,

**v.**

**I.C. SYSTEM, INC.**,

    Defendant.

_____/

## JOINT PROPOSED ORDER SETTING
## PRETRIAL DEADLINES AND TWO-WEEK TRIAL PERIOD

| Date | Deadline |
| --- | --- |
| 04-29-2022 | Joinder of parties and claims, and amendment of pleadings. |
| 04-15-2022 | Deadline to complete all discovery. |
| 04-22-2022 | Mediation must be completed. |
| 05-20-2022 | All dispositive and other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and memoranda of law must be filed. |
| 06-10-2022 | Joint pretrial stipulation must be filed pursuant to Local Rule 16.1(e). |
| 06-17-2022 | Final proposed jury instructions (for jury trial) or findings of fact and conclusions of law (for bench trial) must be submitted. |
| 06-24-2022 | Final pretrial conference |
| 06-27-2022 | Commencement of two-week trial period. |

DONE AND ORDERED on _____, 2021.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies provided to:

    All Counsel of Record